**Electronically Filed**
**Supreme Court**
**SCWC-21-0000107**
**07-MAR-2025**
**07:51 AM**
**Dkt. 3 ODSAC**

SCWC-21-0000107

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WILLIAM S. PERREIRA,
Petitioner/Plaintiff-Appellant,

vs.

GERTRUDGE B. PERREIRA n.k.a. GERTRUDE B. HAIA,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000038; CAAP-21-0000107; CASE NO. FC-D 88-279)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawai'i Revised Statutes § 602-59(a) (2017); see also Hawai'i Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

It is ordered that Petitioner/Plaintiff-Appellant's application for writ of certiorari, filed March 1, 2025, is

dismissed without prejudice to filing the application in case number SCWC-20-0000038 pursuant to HRAP Rule 40.1(a) (2023) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED: Honolulu, Hawaiʻi, March 7, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens



2